**Alton BROOKS d/b/a Alton's Asphalt Paving Co., Petitioner,**

v.

**HIGHLAND RESOURCES, INC., d/b/a Houston Materials Co., Respondent.**

**No. B–1600.**

Supreme Court of Texas.

Oct. 1, 1969.

Ted Musick, Houston, for petitioner.

Monteith, Baring & Monteith, Charles A. Nester, Houston, for respondent.

### ON APPLICATION FOR WRIT OF ERROR

PER CURIAM.

The Court of Civil Appeals had held that petitioner's first and third points of error in that court do not comply with the requirements of Rule 418, Texas Rules of Civil Procedure. 440 S.W.2d 401. We do not agree with this holding. After a careful examination of the briefs in the intermediate court, however, it is our opinion that the points mentioned are without merit. The application for writ of error is accordingly

Refused, no reversible error.